UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BRENDA DEGLER; | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:18-cv-00359 |
| | : | |
| NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*; | : : : | |
| Defendant. | : : | |

# O R D E R

**AND NOW**, this 25th day of February, 2019, for the reasons set forth in the Opinion issued this date and upon consideration of Plaintiff's Complaint, ECF No. 3; Defendant's Answer, ECF No. 7; the Social Security Administrative Record, ECF No. 8; Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 9; Defendant's Response, ECF No. 10; Plaintiff's Reply, ECF No. 11; the Report and Recommendation (R&R) of United States Magistrate Judge Lynne A. Sitarski, ECF No. 15; and Plaintiff's Objections to the R&R, ECF No. 16, **IT IS ORDERED THAT**:

1. Plaintiff's objections to the R&R, ECF No. 16, are **OVERRULED**;
2. The R&R, ECF No. 15, is **APPROVED** and **ADOPTED**;
3. Plaintiff's Request for Review, ECF No. 9, is **DENIED**;
4. The final order of the Commissioner of Social Security is **AFFIRMED**; and
5. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge